UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR - 8 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

In the Matter of the Application for a
Warrant to Search
261 Rock Creek Church Road, N.W.
Washington, D.C.

Magistrate No. 14-310
DAR

**UNDER SEAL**

## ORDER

Upon consideration of the United States' application for a search warrant, and affidavit in support of said application, it is hereby **ORDERED** that the application is **DENIED WITHOUT PREJUDICE**. It is **FURTHER ORDERED** that the government shall file an amended application and affidavit in which it addresses the following:

(1) the omission, from the affidavit and Attachment A, of facts giving rise to probable cause for the seizure, and search of, "cell phones[,]" *see* Affidavit ¶ 5;

(2) the factual basis of the conclusion of the "Fairfax County Virginia Police Department" that the witnesses who provided the information on which the affiant relies is reliable, *see id.* at ¶ 7;

(3) the context, for purposes of the search warrant application, of the references to individuals identified only as "defendant" and "co-defendant," *see id.* at ¶¶ 9, 21-27, and

(4) the basis of the request for authorization to execute the search warrant " at any time

2

in the day or night[,]" *see* proposed Search Warrant.

It is this 8th day of April, 2014,

**SO ORDERED**.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge